SCWC-12-0000212

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

ANDREW JOSIAH RODRIGUEZ,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000212; CR. NO. 10-1-0819)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack JJ.)

Petitioner/Defendant-Appellant Andrew Josiah

Rodriguez's application for writ of certiorari, filed August 6,

2013, is hereby rejected.

DATED:  Honolulu, Hawai'i, September 17, 2013.

Jeffrey A. Hawk                    /s/ Mark E. Recktenwald
for petitioner
                                   /s/ Paula A. Nakayama
Sonja P. McCullen and
Keith M. Kaneshiro                 /s/ Simeon R. Acoba, Jr.
for respondent
                                   /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

